

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Iqbal Akhtar v. Leawood HOA, Inc.

Appellate case number:   01-15-00694-CV

Trial court case number: 1053689

Trial court:             County Civil Court at Law No. 2 of Harris County

It is ordered that Appellant's Motion for Rehearing is **denied**.

Justice's signature: /s/ Rebeca Huddle
                         Acting for the Court

Panel consists of:   Chief Justice Radack and Justices Higley and Huddle

Date: February 2, 2017